**FILED**
October 10, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:02-cr-50 LKK
            Plaintiff, )
v. )   ORDER FOR RELEASE
)   OF PERSON IN CUSTODY
Michael Shuck, )
)
_____ )
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Michael Shuck Case 2:02-cr-50 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     _X_   Release on Personal Recognizance

     _     Bail Posted in the Sum of _____

     _     Unsecured bond

     _     Appearance Bond with 10% Deposit

     _     Appearance Bond secured by Real Property

     _     Corporate Surety Bail Bond

     _X_   (Other) Conditions as previously set

Issued at Sacramento, CA on 10/10/06 at 2:09 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge