PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs.                ) <br> ) <br> **MICHAEL RAY SHUCK**           ) <br> ) | **Docket Number: 2:02CR00050-01** |

On November 5, 2002, the above-named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON
United States Probation Officer**

Dated:   May 29, 2008
         Sacramento, California
         GPS/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

**Re:  Michael Ray SHUCK
Docket Number:  2:02CR00050-01
ORDER TERMINATING SUPERVISED RELEASE
<u>PRIOR TO EXPIRATION DATE</u>**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

 June 2, 2008
**Date**

**LAWRENCE K. KARLTON
Senior United States District Judge**

GPS/cp
Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG